UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In re:
**Jessoe Matheny Greene**
a/k/a Jessica Matheny Greene                    Case No. 09-81701
S.S. No.: xxx-xx-7963
Mailing Address: 3207 Ivey Wood Lane, Durham, NC 27703-

Debtor.

## NOTICE TO CREDITORS AND PROPOSED PLAN

The Debtor has filed for relief under Chapter 13 of the United States Bankruptcy Code on September 30, 2009.

The filing automatically stays collection and other actions against the Debtor, Debtor's property and certain co-debtors. If you attempt to collect a debt or take other action in violation of the bankruptcy stay, you may be penalized.

Official notice will be sent to creditors, which will provide the name and address of the Trustee, the date and time of the meeting of creditors, and the deadline for objecting to the plan. The official notice will include a proof of claim form.

A creditor must timely file a proof of claim with the Trustee in order to receive distributions under the plan. The Trustee will mail payments to the address provided on the proof of claim unless the creditor provides another address in writing for payments. If the claim is subsequently assigned or transferred, the Trustee will continue to remit payment to the original creditor until a formal notice of assignment or transfer is filed with the Court.

Attached is a copy of the Debtor's proposed Chapter 13 Plan consisting of 2 documents entitled: (1) Chapter 13 Plan and (2) Ch. 13 Plan - Debts Sheet (Middle). This is the same Plan that has already been filed with the Court.

Dated: October 27, 2009

**LAW OFFICES OF JOHN T. ORCUTT, P.C.**

/s John T. Orcutt
───────────────────────
John T. Orcutt
N.C. State Bar No. 10212
Counsel for the Debtor
6616-203 Six Forks Rd.
Raleigh, N.C. 27615
Tel. No. (919) 847-9750

circular.wpt (rev. 5/17/09)

# CH. 13 PLAN - DEBTS SHEET
(EASTERN OR MIDDLE DISTRICT - DEBT BUSTER)

**Date:** 9/18/09
**Lastname-SS#:** Greene-7963

## RETAIN COLLATERAL & PAY DIRECT OUTSIDE PLAN

| Creditor Name | Sch D # | Description of Collateral |
|---|---|---|
| All PMSI Creditors | N/A | Furniture/Miscellaneous |
| 1st DOT-ACACIA | 1 | Residence-Condo |
| Daniel Greene | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## SURRENDER COLLATERAL

| Creditor Name | Description of Collateral |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

## ARREARAGE CLAIMS ON RETAINED COLLATERAL

| Creditor Name | Sch D # | Arrearage Amount |
|---|---|---|
| N/A | | |
| | | |
| | | |
| | | |

## REJECTED EXECUTORY CONTRACTS/LEASES

| Creditor Name | Description of Collateral |
|---|---|
| | |
| | |
| | |
| | |

## STD - SECURED DEBTS (Retain Collateral & Pay FMV Of Collateral)

| Creditor Name | Sch D # | FMV | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|
| N/A | | | | | | |
| | | | | | | |
| | | | | | | |

## STD - SECURED DEBTS & 910 CLAIMS (Pay 100%)

| Creditor Name | Sch D # | Payoff Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|
| N/A | | | | | | |
| | | | | | | |
| | | | | | | |

## ATTORNEY FEES (Unpaid part)

| | Amount |
|---|---|
| Law Offices of John T. Orcutt, P.C. | $2,500 |

## SECURED TAXES

| | Secured Amount |
|---|---|
| IRS Tax Liens | |
| Real Property Taxes on Retained Realty | |

## UNSECURED PRIORITY DEBTS

| | Amount |
|---|---|
| IRS Taxes | |
| State Taxes | $239 |
| Personal Property Taxes | |
| Alimony or Child Support Arrearage | |

## CO-SIGN PROTECT (Pay 100%)

| | Int.% | Payoff Amount |
|---|---|---|
| N/A | | |

## GENERAL NON-PRIORITY UNSECURED

| | Amount to Pay |
|---|---|
| DMI = None($0) | |

## PROPOSED CHAPTER 13 PLAN PAYMENT

$ 99 /mo for 36 months, then
$ N/A /mo for N/A months.**

### Definitions

Sch D # = The number of the secured debt as listed on Schedule D.
Int. Rate = Interest Rate = Trustee's rate = Till rate.
Adequate Protection = Monthly 'Adequate Protection' payment amt.
* = DMI x total no. of months of plan
** = Plan duration is subject to "Duration of Chapter 13 Plan" provision.
Chap13_Plan-DebtBuster (rev. 2/22/07) © John T. Orcutt (Page 4 of 4)

**Other Miscellaneous Provisions**

# CERTIFICATE OF SERVICE

I, Charlene Free, the undersigned, certifies that a copy of the foregoing **NOTICE TO CREDITORS AND PROPOSED PLAN** was served by automatic electronic noticing upon the following Trustee:

Richard M. Hutson, II
Chapter 13 Trustee

and was also served by first class U.S. mail, postage prepaid, to the following parties at their respective addresses:

**All the creditors set forth on the mailing matrix filing in this case.**


                                          /s Charlene Free
                                          Charlene Free

North Carolina Department of Revenue
c/o NC Department of Justice
Post Office Box 629
Raleigh, NC 27602-0629

Acacia
1 Corporate Drive
Suite 360
Lake Zurich, IL 60047-8924

GEMB/JCP
Post Office Box 981403
El Paso, TX 79998

Employment Security Commission
Attn: Benefit Payment Control
Post Office Box 26504
Raleigh, NC 27611-6504

Academy Collection Service Inc
10965 Decatur Road
Philadelphia, PA 19154-3210

HSBC Bank
Post Office Box 5251
Carol Stream, IL 60197-9642

Credit Bureau
Post Office Box 26140
Greensboro, NC 27402

Bank of America
c/o MBNA
Post Office Box 15026
Wilmington, DE 19850-5026

HSBC/RS
PO Box 978
Wood Dale, IL 60191

NC Child Support
Centralized Collections
Post Office Box 900006
Raleigh, NC 27675-9006

Best Buy
PO Box 15298
Wilmington, DE 19850-5298

Internal Revenue Service**
Post Office Box 21126
Philadelphia, PA 19114-0326

Equifax Information Systems LLC
P.O. Box 740241
Atlanta, GA 30374-0241

Capital One ***
Post Office Box 30285
Salt Lake City, UT 84130-0285

Lowe's ***
c/o GE Money Bank - BK Departr
Post Office Box 103104
Roswell, GA 30076

Experian
P.O. Box 2002
Allen, TX 75013-2002

Chase
201 N. Walnut Street
DE1-1027
Wilmington, DE 19801

LVNV Funding, LLC
Post Office Box 10584
Greenville, SC 29603

Innovis Data Solutions
Attn: Consumer Assistance
P.O. Box 1534
Columbus, OH 43216-1534

Daniel G. Greene
2124 Stadium Drive
Durham, NC 27705

NC Department of Revenue
Post Office Box 25000
Raleigh, NC 27640-0002

Trans Union Corporation
P.O. Box 2000
Crum Lynne, PA 19022-2000

DirecTV
Post Office Box 6550
Englewood, CO 80155-6550

NCB Management Services, Inc.
Post Office Box 1099
Langhorne, PA 19047

ChexSystems
Attn: Consumer Relations
7805 Hudson Road, Ste. 100
Woodbury, MN 55125

Durham County Tax Collector
Post Office Box 3397
Durham, NC 27701

NCO Financial Services **
PO Box 15630
Dept 99
Wilmington, DE 19850

NCO Financial Systems
507 Prudential Road
Horsham, PA 19044


Nordstrom
8502 East Princess Drive, #150
Scottsdale, AZ 85255


Orchard Bank
c/o HSBC Card Services
Post Office Box 81622
Salinas, CA 93912-1622


Rooms To Go
c/o GE Money Bank
Post Office Box 981127
El Paso, TX 79998-1127


Solomon And Solomon P.C.
Attorneys at Law
Five Columbia Circle
Albany, NY 12203


The CBE Group, Inc.
131 Tower Park Drive, Ste 100
Post Office Box 900
RE: 05-014668422
Waterloo, IA 50704


The Law Offices of John T. Orcutt, P.C.
6616-203 Six Forks Road
Raleigh, NC 27615


Verizion NC
236 East Town Street
#170
Columbus, OH 43215


Verizon Wireless Bankruptcy****
Administration
Post Office Box 3397
Bloomington, IL 61702-3397